NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM D. BAUGHMAN,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7183

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-137, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

The court construes William D. Baughman's submission of payment to the United States Court of Appeals for Veterans Claims as a motion to reinstate his appeal.

This appeal was dismissed on January 25, 2013 for failure to prosecute in accordance with the rules because

WILLIAM BAUGHMAN v. SHINSEKI                                    2

Mr. Baughman has not paid the fee.  Mr. Baughman has now submitted payment of the fee to the Veterans Court.

Accordingly,

IT IS ORDERED THAT:

(1)  The Court of Veterans Claims is directed to accept payment.

(2)  The motion to reinstate is granted.  The mandate is recalled, and the court's dismissal order is vacated.

(3)  The Secretary of Veterans Affairs should calculate the due date for the filing of his brief from the date of this order.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s19